

# DAVID YEGER LAW PLLC

March 15, 2019

**VIA ECF**
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230 South
Brooklyn, NY 11201

                Re:    Evriholder Products, LLC v. Art and Cook, Inc.
                       Case No. 18-CV-6953 (PKC) (CLP)
                       **Motion to Adjourn Conference**

Dear Magistrate Pollak,

      The undersigned counsel for the parties jointly move the Court to adjourn the Initial Conference in this action for 30 days.

      Per the Court's Scheduling Order, Doc. 8, the original date set for the Initial Conference was Tuesday, March 5, 2019. The parties had previously requested that the Court adjourn the Initial Conference until Tuesday, April 9, 2019, to permit settlement discussions to continue and to allow for Plaintiff to file an amended complaint. That request was granted by an Order, dated February 27, 2019.

      Since then, the parties have continued their settlement discussions and there is currently a serious and substantive settlement offer on the table that is being negotiated by the parties. To avoid the needless waste of the Court's time and the parties' resources in addressing Rule 26 disclosures and preparing amended pleadings, the parties respectfully request this second adjournment of the Initial Conference to allow for those settlement negotiations to hopefully come to fruition.

      Thus, the undersigned counsel respectfully request that the Court adjourn the Initial Conference for this case for 30 days, or until May 9, 2019.

                                                                       Respectfully submitted,

| _____ | _____ |
| James Daniel Fornari | David Yeger |
| *Attorney for Plaintiff* | Paul J. Linden (pro hac vice) |
| | *Attorneys for Defendant* |